Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## AMENDED PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Asatour Nagapetian |
| **Docket Number:** | 1:01CR05341-01 OWW |
| **Offender Address:** | Madera, CA |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Court Judge<br>Fresno, California |
| **Original Sentence Date:** | 1/14/2003 |
| **Original Offense:** | <u>Counts 1 & 10:</u>  18 USC 1344, Bank Fraud<br>(CLASS B FELONIES)<br><u>Counts 13 & 25:</u> 18 USC 1029(a)(2), Unauthorized Use of Access Devices<br>(CLASS C FELONIES) |
| **Original Sentence:** | 18 months prison, 5 years TSR, $400 special assessment, $37,918.86 restitution |
| **Special Conditions:** | Search, financial sanctions, surrender to INS |
| **Type of Supervision:** | Supervised Release (TSR) |
| **Supervision Commenced:** | 1/14/2003 |
| **Assistant U.S. Attorney:** | Stanley Boone         **Telephone:** (559) 498-7442 |
| **Defense Attorney:** | Jim Elia         **Telephone:** (559) 498-3600 |
| **Other Court Action:** | **11/2/2005:** Violation petition filed alleging new law violation by Madera County Superior Court (MCR22337).  No bail warrant issued 11/2/2005.  Defendant arrested 11/2/2005 by Madera County Sheriff.  Defendant ordered detained 11/4/2005.  Hearing continued to 11/21/2005 before Your Honor. |

**RE:   NAGAPETIAN, Asatour**
**Docket Number:   1:01CR05344-01 OWW**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

**2/10/2004:** Violation petition filed alleging a new law violation (Fresno County Superior Court F0400022-2). Warrant issued as a result.  Defendant was arrested, however, there has been no formal court action taken relative to this violation.

## PETITIONING THE COURT

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**        **New Law Violation (Alleged in Petition Filed 2/10/2004)**

On October 5, 2004, the defendant pled no contest to Felony Forgery (470 PC) before Fresno County Superior Court (Case No. F04200022-2) for illegal activity that occurred on or about January 7, 2004.  On October 17, 2005, the defendant was sentenced to 365 days jail (credit for time served), and 3 years formal probation; all activity in violation of the defendant's general condition of supervised release requiring that he not commit another federal, state, or local crime.

**Charge 2:**        **New Law Violation (Alleged in Petition Filed 11/2/2005)**

On June 24, 2005, the defendant allegedly committed three counts of Felony Grand Theft [487(a) PC], one count of Felony

**RE:   NAGAPETIAN, Asatour**
**Docket Number:   1:01CR05344-01 OWW**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

Receipt/Possession of Stolen Property (496 PC), and two counts of Felony Petty Theft w/Prior (666 PC); as charged in a six count criminal complaint filed before Madera County Superior Court under Case No. MCR22337.

**Charge 3:**             **New Law Violation**

On September 24, 2005, the defendant allegedly committed five counts of Felony Forgery [470(d) PC], and one Felony count of Second Degree Commercial Burglary (459PC); as charged in a six count criminal complaint filed before Los Angeles Superior Court under Case No. LA050574.

**Charge 4:**             **Unauthorized Out of District Travel**

On September 24, 2005, the defendant traveled to the North Hollywood, Los Angeles, California area without the permission of the supervising probation officer, and in violation of his standard conditions of supervised release.

**Justification:**  For purposes of simplicity, the instant violation petition has been amended to incorporate into one document the previously unresolved violation petition filed 2/10/2004 and to update the Court on more currently alleged illegal activity.  A $145,000 warrant was issued on November 9, 2005 by Los Angeles County Superior Court for the defendant's arrest relative to the alleged criminal activity in Count 3.  The defendant has been identified by photo lineup and by videotape as being the individual that committed the alleged activity in Count 3 and as a result, the defendant has committed Count 4. Criminal investigations by other law enforcement agencies remain ongoing.

**Bail/Detention:**   The defendant remains in custody relative to his arrest on the federal warrant issued on November 2, 2005.  In view of the additional alleged criminal activity and

RE:   NAGAPETIAN, Asatour
      Docket Number:   1:01CR05344-01 OWW
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

in addition to other pending criminal investigations by other law enforcement agencies, it is recommended that the defendant remain detained.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:   11/10/2005
                  Fresno, California
                  mp

                        Respectfully submitted,

                        /s/ Melinda S. Peyret

                  **Melinda S. Peyret**
                  **United States Probation Officer**
                  Telephone:  (559) 498-7569


**REVIEWED BY**:   /s/ Bruce Vasquez
                  **BRUCE A. VASQUEZ**
                  **Supervising United States Probation Officer**

---

**APPROVED:**

11/17/2005                              /s/ OLIVER W. WANGER

**Date**                                **Signature of Judicial Officer**


cc:   Stanley A. Boone, Assistant United States Attorney
      Jim T. Elia, Defense Counsel